OCT 19 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
OMER GUCLU,

                Plaintiff(s),

     -against-

JOSHUA H. COHEN and U-HAUL CO. OF ARIZONA

                Defendant(s).
---------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Index No.: 6499/04

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/05

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:     NEW YORK, NY
             September 22, 2005

HARVEY WINER, ESQ.
SALZMAN & WINER, LLP.
Attorneys for Plaintiff(s)
OMER GUCLU
325 Broadway, Suite #303
New York, NY 10007
(212) 233-6550

Peter R. Paden (PRP-3110)
BRYAN CAVE, LLP.
Attorneys for Defendant(s)
JOSHUA COHEN & U-HAUL CO.
1290 Avenue of the Americas
New York, NY 10104
(212) 541-2000

So Ordered
10/20/05